UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICKY G. AARON ]
    Petitioner, ]
 ]
v. ] No. 3:09-0124
 ] Judge Trauger
TONY PARKER, WARDEN ]
    Respondent. ]

## O R D E R

The Court has before it a *pro se* § 2254 prisoner petition (Docket Entry No. 1) for writ of habeas corpus. In accordance with the Memorandum contemporaneously entered, the Court finds that the petition lacks merit. Therefore, said petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

                                              Aleta A. Trauger
                                              United States District Judge